IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT LOUIS ROSS, SR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case Number CIV-08-33-C |
| ) | |
| DAVID PARKER, Warden ) | |
| ) | |
| Respondent. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on January 15, 2008. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed and that Petitioner has now paid the filing fee. Therefore, the Court adopts that portion of the Report and Recommendation recommending denial of Petitioner's Motion for Leave to proceed *In Forma Pauperis*.

As set forth above, the Report and Recommendation of the Magistrate Judge is adopted. Plaintiff's request proceed *in forma pauperis* is DENIED, and the filing fee having

been paid, the case is referred to the Magistrate Judge consistent with the original Order of Referral.

    IT IS SO ORDERED this 26th day of February, 2008.

*/s/ Robin J. Cauthron*
ROBIN J. CAUTHRON
United States District Judge